THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA JANE BUSH; BLAIR VEAKINS; TOULLA HADJIGEORGIOU; and GEORGE HADJIGEORGIOU,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:22-cv-00947-TL<br><br>NOTICE OF SETTLEMENT |

Notice is hereby given that all claims against all parties in this action have been resolved. The parties request that trial or other hearings in this matter may be stricken from the Court's calendar. The parties also request that the Court set a deadline of 60 days for the submission of a stipulated dismissal.

This notice is being filed with the consent of all parties.

Dated: February 28, 2023

By: s/ Todd W. Rosencrans
Todd W. Rosencrans, Bar No. 26551
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
TRosencrans@perkinscoie.com

NOTICE OF SETTLEMENT – 1
(No. 2:22-cv-00947-TL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

92535198.2

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 28, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 28, 2023

                                                s/ Todd W. Rosencrans
                                                Todd W. Rosencrans

CERTIFICATE OF SERVICE
(No. 2:22-cv-00947-TL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

92535198.2