THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA JANE BUSH; BLAIR VEAKINS; TOULLA HADJIGEORGIOU; and GEORGE HADJIGEORGIOU,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:22-cv-00947-TL<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION<br><br>NOTE ON MOTION CALENDAR:<br>April 4, 2023 |

TO:    The Clerk of the Court

Plaintiffs Sara Jane Bush, Blair Veakins, Toulla Hadjigeorgiou, and George Hadjigeorgiou, and Defendant The Boeing Company, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss all claims pending in this action, with prejudice, and with each party to bear its own costs and attorney's fees. Pursuant to this stipulation, the parties request that the Court accordingly dismiss the action.

STIPULATION FOR DISMISSAL
(No. 2:22-cv-00947-TL) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | DATED this 4th day of April, 2023. | |
| 2 | s/ Todd W. Rosencrans | s/ David P. Roosa |
|   | Todd W. Rosencrans, WSBA No. 26551 | David P. Roosa, WSBA No. 45266 |
| 3 | Christopher M. Ledford, WSBA No. 44515 | **Friedman │ Rubin PLLP** |
|   | **Perkins Coie LLP** | 1109 – 1st Avenue, Suite 501 |
| 4 | 1201 Third Avenue, Suite 4900 | Seattle, Washington 98101 |
|   | Seattle, Washington 98101-3099 | Telephone: +1.206.501.4446 |
| 5 | Telephone: +1.206.359.8000 | Facsimile: +1.206.623.0794 |
|   | Facsimile: +1.206.359.9000 | droosa@friedmanrubin.com |
| 6 | TRosencrans@perkinscoie.com | |
|   | CLedford@perkinscoie.com | *Attorneys for Plaintiffs* |
| 7 | | |
| 8 | Kathleen A. Stetsko | |
|   | (*pro hac vice*) | |
|   | **Perkins Coie LLP** | |
| 9 | 110 North Wacker Drive, Suite 3400 | |
|   | Chicago, Illinois 60606-1511 | |
| 10 | Telephone: +1.312.324.8400 | |
|   | Facsimile: +1.312.324.9400 | |
| 11 | KStetsko@perkinscoie.com | |
| 12 | Dan K. Webb | |
|   | (*pro hac vice forthcoming*) | |
| 13 | Joseph L. Motto | |
|   | (*pro hac vice*) | |
| 14 | **Winston & Strawn LLP** | |
|   | 35 W. Wacker Dr. | |
| 15 | Chicago, IL 60601 | |
|   | T. (312) 558-5600 | |
| 16 | F. (312) 558-5700 | |
|   | DWebb@winston.com | |
| 17 | JMotto@winston.com | |
| 18 | Sandra A. Edwards | |
|   | (*pro hac vice forthcoming*) | |
| 19 | **Winston & Strawn LLP** | |
|   | 101 California Street | |
| 20 | 35th Floor | |
|   | San Francisco, CA 94111 | |
| 21 | T. (415) 591-1000 | |
|   | F. (415) 591-1400 | |
| 22 | SEdwards@winston.com | |
| 23 | *Attorneys for Defendant The Boeing Company* | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION FOR DISMISSAL
(No. 2:22-cv-00947-TL) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

It is so ordered.

DATED this _____ day of _____, 2023.

_____
The Honorable Tana Lin
United States District Judge

[PROPOSED] ORDER
(No. 2:22-cv-00947-TL) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 4, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: April 4, 2023

s/ Todd W. Rosencrans
Todd W. Rosencrans

CERTIFICATE OF SERVICE
(No. 2:22-cv-00947-TL) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000