THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA JANE BUSH; BLAIR VEAKINS; TOULLA HADJIGEORGIOU; and GEORGE HADJIGEORGIOU,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:22-cv-00947-TL<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION<br><br>NOTE ON MOTION CALENDAR: April 4, 2023 |

TO:     The Clerk of the Court

Plaintiffs Sara Jane Bush, Blair Veakins, Toulla Hadjigeorgiou, and George Hadjigeorgiou, and Defendant The Boeing Company, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss all claims pending in this action, with prejudice, and with each party to bear its own costs and attorney's fees. Pursuant to this stipulation, the parties request that the Court accordingly dismiss the action.

STIPULATION & ORDER
FOR DISMISSAL – 1

1     DATED this 4th day of April, 2023.

2   s/ Todd W. Rosencrans                s/ David P. Roosa

Todd W. Rosencrans, WSBA No. 26551    David P. Roosa, WSBA No. 45266
Christopher M. Ledford, WSBA No. 44515    **Friedman | Rubin PLLP**
**Perkins Coie LLP**                           1109 – 1st Avenue, Suite 501
1201 Third Avenue, Suite 4900         Seattle, Washington 98101
Seattle, Washington 98101-3099        Telephone: +1.206.501.4446
Telephone: +1.206.359.8000            Facsimile: +1.206.623.0794
Facsimile: +1.206.359.9000             droosa@friedmanrubin.com
TRosencrans@perkinscoie.com
CLedford@perkinscoie.com             *Attorneys for Plaintiffs*

Kathleen A. Stetsko
(*pro hac vice*)
**Perkins Coie LLP**
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: +1.312.324.8400
Facsimile: +1.312.324.9400
KStetsko@perkinscoie.com

Dan K. Webb
(*pro hac vice forthcoming*)
Joseph L. Motto
(*pro hac vice*)
**Winston & Strawn LLP**
35 W. Wacker Dr.
Chicago, IL 60601
T. (312) 558-5600
F. (312) 558-5700
DWebb@winston.com
JMotto@winston.com

Sandra A. Edwards
(*pro hac vice forthcoming*)
**Winston & Strawn LLP**
101 California Street
35th Floor
San Francisco, CA 94111
T. (415) 591-1000
F. (415) 591-1400
SEdwards@winston.com

*Attorneys for Defendant The Boeing Company*

STIPULATION & ORDER
FOR DISMISSAL – 2

**ORDER**

Pursuant to the Parties' stipulation, this case is dismissed with prejudice and without costs.

IT IS SO ORDERED.

DATED this 5th day of April 2023.

　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATION & ORDER
FOR DISMISSAL – 3